# EXHIBIT "A"



W. Justin Adams, Member
615.238.6346 (Phone)
615.687.5787 (Fax)
wjadams@bonelaw.com

May 19, 2020

By E-mail

Olga M. Vieira, Esq.
GREENSPOON MARDER LLP
600 Brickell Avenue, Suite 3600
Miami, Florida 33131
E-mail: Olga.Vieira@gmlaw.com

RE **Westgate Resorts, Ltd., et al., v. Wesley Financial Group, LLC;**
   **The Better Business Bureau of Middle Tennessee, Inc.;**
   **Document Production Subpoena dated May 13, 2020**

Dear Ms. Vieira:

I represent The Better Business Bureau of Middle Tennessee, Inc. (the "BBB"). I am writing regarding the document production subpoena you served on the BBB on May 13, 2020, in the above-referenced case. The BBB is searching its files and expects to produce non-privileged responsive documents to you tomorrow. The BBB's response will be subject to the following objections made pursuant to Fed. R. Civ. P. 45(d)(2)(B):

**Place**: The specified address violates Fed. R. Civ. P. 45(c)(2). Subject to and without waiving this objection, the BBB will deliver non-privileged responsive documents to the specified address.

**Exhibit A, ¶ 5, definition of "document(s)"**: This definition renders the subpoena unduly burdensome in two respects. First, the scope of documents required to be searched is unduly burdensome. Second, the requirement that electronic data be produced in native format is unduly

Olga M. Vieira, Esq.
May 19, 2020
Page 2

---

burdensome. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents, produce non-privileged responsive documents in its possession, custody, or control, and produce responsive electronic data in PDF format.

**Exhibit A, ¶ 7, definition of "Communication" or "communicated"**: This definition renders the subpoena unduly burdensome in two respects. First, the scope of documents required to be searched is unduly burdensome. Second, the requirement that electronic data be produced in native format is unduly burdensome. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents, produce non-privileged responsive documents in its possession, custody, or control, and produce responsive electronic data in PDF format.

**Exhibit A, ¶ 11, definition of "relate to" and "relating to"**: These terms are unreasonably vague and broad. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Exhibit A, Instructions, ¶ 12**. This instruction purports to impose requirements in excess of those imposed by Fed. R. Civ. P. 45(e)(2)(a). Subject to and without waiving this objection, the BBB will comply with Fed. R. Civ. P. 45(e)(2)(a).

**Exhibit A, Instructions, ¶ 13**. This instruction is unduly burdensome. The party seeking information bears the burden of stating its requests in a manner intelligible according to the customary rules of grammar. Subject to and without waiving this objection, the BBB will interpret these requests according to the customary rules of grammar, make a reasonable search of its files for responsive documents, and produce non-privileged responsive documents in its possession, custody, or control.

**Exhibit A, Instructions, ¶ 15**. This instruction purports to require a response other than the production of documents or electronically stored information. Subject to and without waiving this objection, the BBB will

Olga M. Vieira, Esq.
May 19, 2020
Page 3

make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Exhibit A, Instructions, ¶ 19**. This instruction purports to require a response other than the production of documents or electronically stored information. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Exhibit A, Instructions, ¶ 20**. This instruction purports to require a response other than the production of documents or electronically stored information. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Exhibit A, Instructions, ¶ 21**. This instruction purports to impose a requirement not imposed by Fed. R. Civ. P. 45. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Document Request No. 2.** The scope of this request includes e-mail and other communications between the BBB and its legal counsel that are subject to the attorney-client privilege. The BBB will not produce such communications. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Document Request No. 5.** The scope of this request includes e-mail and other communications between the BBB and its legal counsel that are subject to the attorney-client privilege. The BBB will not produce such communications. Subject to and without waiving this objection, the BBB will

Olga M. Vieira, Esq.
May 19, 2020
Page 4

---

make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Document Request No. 6.** The scope of this request includes e-mail and other communications between the BBB and its legal counsel that are subject to the attorney-client privilege. The BBB will not produce such communications. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

**Document Request No. 9.** The scope of this request includes e-mail and other communications between the BBB and its legal counsel that are subject to the attorney-client privilege. The BBB will not produce such communications. Subject to and without waiving this objection, the BBB will make a reasonable search of its files for responsive documents and produce non-privileged responsive documents in its possession, custody, or control.

\*     \*     \*

If you have any questions about these objections or the BBB's document production, please do not hesitate to contact me.

Very truly yours,

W. Justin Adams

WJA

cc: Ms. Robyn Householder, President/CEO