UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESTGATE RESORTS, LTD.,
WESTGATE VACATION VILLAS, LLC,
WESTGATE LAKES, LLC, WESTGATE
GV AT THE WOODS, LLC,
WESTGATE TOWERS, LLC,
WESTGATE FLAMINGO BAY, LLC,
WESTGATE MYRTLE BEACH, LLC,
WESTGATE PALACE, LLC,
WESTGATE GV AT EMERALD
POINTE, LLC, WESTGATE GV AT
PAINTED MOUNTAIN, LLC,
WESTGATE LAS VEGAS RESORT,
LLC, WESTGATE BLUE TREE
ORLANDO, LTD., WESTGATE
DAYTONA, LLC, WESTGATE RVS
ORLANDO, LLC, WESTGATE SOUTH
BEACH, LLC and WESTGATE GV AT
TUNICA, LLC,

   Plaintiffs,

v.              Case No:  6:19-cv-1982-Orl-40GJK

WESLEY FINANCIAL GROUP, LLC,

   Defendant.
_____/

## ORDER

  This cause comes before the Court on the parties' Joint Stipulation to Transfer Action (Doc. 55). The parties—and the Court—agree that transferring the matter to the Middle District of Tennessee is appropriate.

  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is **DIRECTED** to transfer this matter to the Middle District of Tennessee, where venue properly lies.

2. The Clerk is **DIRECTED** to close the case.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2020.

                                                              _____
                                                              PAUL G. BYRON
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties